DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TISE

No. 35 PC.

Case below: 39 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1979.

STATE v. WILLIAMS

No. 54 PC.

Case below: 38 N.C. App. 243.

Application by defendant for further review denied 4 April 1979.

TUCKER v. TUCKER

No. 44 PC.

Case below: 39 N.C. App. 502.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 April 1979.

UTILITIES COMM. v. INDUSTRIES, INC.

No. 31 PC.

Case below: 39 N.C. App. 477.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 April 1979.